C. JOHN M. MELISSINOS (SBN 149224)
JMelissinos@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Render Media Inc.,
Alleged Debtor

FILED & ENTERED

APR 27 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RENDER MEDIA INC.,<br><br>         Alleged Debtor. | Case No. 2:18-bk-14724-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION AMONG ALLEGED DEBTOR AND PETITIONING CREDITORS TO DISMISS INVOLUNTARY PROCEEDING AND PROVIDING FOR RELEASE OF CLAIMS**<br><br>[NO HEARING REQUIRED] |

The *Stipulation Among Alleged Debtor and Petitioning Creditors to Dismiss Involuntary Proceeding and Providing for Release of Claims* [Docket No. 3] (the "Stipulation") entered into by and among alleged involuntary Debtor Render Media Inc., a California corporation ("Render"), and Mad World News LLC ("Mad World"), AFF Media Inc. ("AFF"), Boredom Therapy LLC ("Boredom"), and Jackson Lin ("Lin" and, together with Mad World, AFF and Boredom, the "Petitioning Creditors") was duly presented to the Court this date, the Honorable Barry Russell, United States Bankruptcy Judge, presiding.

The Court having reviewed the Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The Involuntary Petition[1] is deemed withdrawn.

3. The Bankruptcy Case shall be dismissed forthwith.

4. The releases set forth in the Stipulation are approved.

# # #

Date: April 27, 2018

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

74006-00001/3007378.1    2    ORDER APPROVING STIPULATION TO WITHDRAW INVOLUNTARY PETITION