United States Bankruptcy Court
Central District of California

In re:  
Render Media Inc  
     Debtor

Case No. 18-14724-BR  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: sfortierC     Page 1 of 1     Date Rcvd: Apr 27, 2018  
                      Form ID: ntcdsm     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2018.
```
db           +Render Media Inc,    145 S Fairfax Avenue Suite 405,     Los Angeles, CA 90036-2197
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
38477713     +AFF Media Inc,    PO Box 290969,    Phelan, CA 92329-0969
38477714     +Boredom Therapy LLC,    135 Madison Ave,    New York, NY 10016-6712
38477715      Jackson Lin,    No 1 Lane 98 Cheng-Sing 1st Street,    Niao-Song District,    Kaohsiung Taiwan
38477712     +Mad World News LLC,    9741 Welsh Run Rd,    Mercersburg, PA 17236-8554
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           EDI: EDD.COM Apr 28 2018 06:03:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Apr 28 2018 06:03:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                             TOTAL: 2
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
ptcrd*       +AFF Media Inc,    PO Box 290969,    Phelan, CA 92329-0969
ptcrd*       +Boredom Therapy LLC,    135 Madison Ave,    New York, NY 10016-6712
ptcrd*        Jackson Lin,    No 1 Lane 98 Cheng-Sing 1st Street,    Niao-Song District,    Kaohsiung Taiwan
ptcrd*       +Mad World News LLC,    9741 Welsh Run Rd,    Mercersburg, PA 17236-8554
                                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2018 at the address(es) listed below:
```
              C John M Melissinos    on behalf of Debtor    Render Media Inc jmelissinos@greenbergglusker.com,
               kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
              Peter C Bronstein    on behalf of Petitioning Creditor    AFF Media Inc peterbronz@yahoo.com
              Peter C Bronstein    on behalf of Petitioning Creditor    Mad World News LLC peterbronz@yahoo.com
              Peter C Bronstein    on behalf of Petitioning Creditor    Boredom Therapy LLC peterbronz@yahoo.com
              Peter C Bronstein    on behalf of Petitioning Creditor    Jackson Lin peterbronz@yahoo.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

**United States Bankruptcy Court**
**Central District of California**

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Render Media Inc

**BANKRUPTCY NO.** 2:18−bk−14724−BR

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 47−2307942
**Debtor Dismissal Date:** 4/27/18

**Address:**
145 S Fairfax Avenue Suite 405
Los Angeles, CA 90036

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: April 27, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**6 / SF**